John B. Grover et al., complainants,

*v.*

Board of Education of the Township of Franklin, defendant.

[Decided February 4th, 1929.]

*Mr. John F. Reger,* for the appellants.

*Mr. John P. Cullen, Mr. Samuel D. Lenox* and *Mr. William C. Vandewater,* for the respondents.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan, and reported in *102 N. J. Eq. 415.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Kalisch, Lloyd, White, McGlennon, Dear, JJ. 8.

*For reversal*—Katzenbach, Campbell, Van Buskirk, Hetfield, JJ. 4.